# IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ANN FRANCIS : | |
| : | Case No. 2:18-CV-00011 |
| Plaintiff, : | |
| : | Magistrate Judge Kimberly A. Jolson |
| -vs.- : | |
| : | |
| EXTENDED LIFE HOME CARE, LTD, *et al*. : | |
| : | |
| Defendants. : | |

## ORDER APPROVING SETTLEMENT AND DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

For good cause shown, the Court hereby grants the parties' joint motion for approval of the settlement agreement. Based upon the bona fide dispute as to FLSA liability, the Court hereby finds the settlement agreement to be a fair, equitable, and reasonable resolution of Plaintiff's claims for wages owed, liquidated damages, and reasonable attorney fees and Defendants' claims for over reporting of work time and overpayment of wages.

Pursuant to the settlement agreement, all of Plaintiff's claims and all of Defendants' counterclaims in this case are hereby dismissed, with prejudice.

**IT IS SO ORDERED.**


Date:  May 7, 2019

s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE